## Sparano Unemployment Compensation Case.

Argued June 17, 1965. *Dorothy Rose Sparano,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.
Decision affirmed.
FLOOD, J., absent.

## Young Men's Democratic Club of Cambria County Liquor License Case.

Argued June 18, 1965. *Lawrence L. Davis,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Walter A. Criste,* for appellee.
Order affirmed.